IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

PABLO ARTEGA,                                )
                                             )
            Petitioner,                      )
                                             )
      v.                                     )            CV 326-013
                                             )
UNITED STATES ATTORNEY GENERAL )
and IMMIGRATION AND                          )
NATURALIZATION SERVICE,                      )
                                             )
            Respondents.                     )
                                    _____

**O R D E R**
                                    _____

Objections to this Report and Recommendation must be filed by no later than May 26,

2026, must specify each proposed finding of fact and conclusion of law to which objection is

made, must state the bases for each such objection, and must be served upon all parties.  Failure

to file objections by this deadline may result in this Report and Recommendation becoming

the opinion and order of the Court.  Devine v. Prison Health Servs., Inc., 212 F. App'x 890,

892 (11th Cir. 2006) (*per curiam*).  Failure to object to any proposed finding of fact or

conclusion of law waives the right to challenge on appeal the district court's adoption of each

such factual finding or legal conclusion.  11th Cir. R. 3-1.  The Clerk will submit this Report

and Recommendation together with any objections to United States District Judge Dudley H.

Bowen, Jr., on May 27, 2026.

Requests for extension of time to file objections shall be filed with the Clerk of Court

for  consideration  by  the  undersigned.    A  party  may  not  appeal  this  Report  and

Recommendation directly to the United States Court of Appeals for the Eleventh Circuit.

Appeals may be made only from a final judgment.

SO ORDERED this 6th day of May, 2026, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA