IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

PABLO ARTEGA,                                     )
                                                  )
            Petitioner,                           )
                                                  )
      v.                                          )        CV 326-013
                                                  )
UNITED STATES ATTORNEY GENERAL )
and IMMIGRATION AND                               )
NATURALIZATION SERVICE,                           )
                                                  )
            Respondents.                          )

_____

**ORDER**

_____

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 15.) Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's case for failure to state a claim for federal mandamus relief, and **CLOSES** this civil action.

SO ORDERED this _____ day of June, 2026, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE